

**U.S. Department of Justice**

Civil Rights Division

---

*Disability Rights Section – 4 Con*
*950 Pennsylvania Ave, NW*
*Washington, DC 20530*

April 28, 2021

DJ# 205-24-0

**VIA EMAIL:jrnance@jrnamcelawfirm.com**

Brandi Plummer c/o
Jim Nance, ESQ
Nance Law Firm, PLLC
427 Franklin Street, P.O. Box108
Fayetteville, NC 28301

Re: EEOC Charge Against: Cumberland County Board of Education
     EEOC No.: 433-2020-00545
     DJ#: 205-24-0

Dear Ms. Plummer:

### NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

    It has been determined that the Department of Justice (the Department) will not file suit on the above-referenced charge of discrimination that was referred to us by the Equal Employment Opportunity Commission (EEOC). This should not be taken to mean that the Department has made a judgment as to whether or not your charge is meritorious.

    You are hereby notified that conciliation on your case was unsuccessful by the EEOC. <u>You are further notified that you have the right to institute a civil action under Title I of the Americans with Disabilities Act of 1990 (ADA), 42 U.S.C. § 12111, et seq., against the above-named respondent. If you choose to commence a civil action, such suit must be filed in the appropriate court within 90 days of your receipt of this Notice.</u>

    Therefore, if you wish to pursue this matter, you should consult an attorney at your earliest convenience. If you are unable to find an attorney, you may wish to contact the EEOC or apply to the appropriate court, since that court may appoint an attorney in appropriate circumstances under Section 706(f)(1) of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5(f)(1), referenced in Section 107(a) of the ADA, 42 U.S.C. § 2117(a).

If you or your attorney have any questions concerning this matter or wish to inspect the investigative file, please address your inquiry to:

Glory Gervacio Saure
Director
Raleigh Area Office
U.S. Equal Employment Opportunity Commission
434 Fayetteville Street, Suite 700
Raleigh, NC 27601

Please note, due to COVID-19 there may be a delay in obtaining copies of the case file.

We are forwarding a copy of this Notice of Right to Sue to the Respondent in this case. Enclosed you will find a Notice of Rights under the ADA Amendments Act of 2008 (ADAAA).

Sincerely,
Pamela S. Karlan
Principal Deputy Assistant Attorney General

BY: /s/ Amanda Maisels
Amanda Maisels
Deputy Chief
Disability Rights Section

Enclosures:
Notice of Rights under the ADAAA

cc: Cumberland County Board of Education
EEOC-Raleigh Area Office