United States District Court
Eastern District of North Carolina
Western Division
Case No. 5:21-CV-303-FL

| | |
|---|---|
| Brandi Lynne Plummer, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Cumberland County Schools | ) |
| Board of Education, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Stipulation of Dismissal with Prejudice

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate that this action is dismissed with prejudice, on terms on which the parties have agreed, with each party to bear his or its own costs and attorney's fees.

| | |
|---|---|
| April 21, 2022 | /s/ Andrew Whiteman |
| Date | Andrew Whiteman |
| | N.C. State Bar Number 9523 |
| | Whiteman Law Firm |
| | 5400 Glenwood Ave., Suite 225 |
| | Raleigh, North Carolina 27612 |
| | Tel: (919) 571-8300 |
| | Fax: (919) 571-1004 |
| | aow@whiteman-law.com |
| | |
| | *Attorney for plaintiff* |

April 21, 2022
Date

/s/Dalton B. Green
Dalton B. Green
NC State Bar No. 30446
Hedrick Gardner Kincheloe & Garafalo, LLP
300 N. Third Street, Suite 420
Wilmington, NC 28401
Tel: (910) 679-4810
Fax: (910) 509-9630
dgreen@hedrickgardner.com

*Attorney for defendant*

<u>Certificate of Service</u>

The undersigned hereby certifies that a copy of the foregoing was filed electronically with the United States District Court for the Eastern District of North Carolina, with notice of case activity to be generated and sent electronically to the following parties registered to receive such service:

Dalton B. Green
Hedrick Gardner Kincheloe & Garafalo, LLP
300 N. Third Street, Suite 420
Wilmington, NC 28401
Email: dgreen@hedrickgardner.com

*Counsel for defendant*

| | |
|---|---|
| <u>April 21, 202 </u> | <u>/s/ Andrew Whiteman            </u> |
| Date | Andrew Whiteman |
| | N.C. State Bar number 9523 |
| | Whiteman Law Firm |
| | 5400 Glenwood Avenue, Suite 225 |
| | Raleigh, North Carolina 27612 |
| | (919) 571-8300 (Telephone) |
| | (919) 571-1004 (Facsimile) |
| | aow@whiteman-law.com |